UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CPM DEVELOPMENT CORPORATION, d/b/a CENTRAL PRE-MIX CONCRETE CO., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF PASCO, a Washington municipal corporation, acting through its Planning Commission and City Council, <br><br> Defendant. | Nos. CV-07-5009-FVS <br> CV-07-5018-LRS <br><br> ORDER CONSOLIDATING RELATED CASES AND STAYING PROCEEDINGS |

**THIS MATTER** came before the Court on the parties' Stipulation to Consolidate and Stay Related Actions, Ct. Rec. 5. The Court being fully advised,

**IT IS HEREBY ORDERED**:

1. **CV-07-5018-LRS shall be CLOSED and the parties joined under CV-07-5009-FVS. All future pleadings shall be filed in CV-07-5009-FVS.**

2. This matter is **STAYED** until November 1, 2007.

3. The parties shall file a joint report advising the Court of the status of the Land Use Petition Act appeal on **November 1, 2007.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___11th___ day of May, 2007.

                 s/ Fred Van Sickle
                 Fred Van Sickle
             United States District Judge

ORDER CONSOLIDATING RELATED CASES AND STAYING PROCEEDINGS- 1